JS-6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KIRK SMITH,<br><br>   Petitioner,<br><br>  v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>   Respondent. | Case No.  CV 13-07426 ABC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.


Dated:  June 12, 2014

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE